Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE COFFMAN,<br><br>  Plaintiff,<br><br>  vs.<br><br>COLUMBIA PROPERTY TRUST, INC., CARMEN M. BOWSER, JOHN L. DIXON, DAVID B. HENRY, MURRAY J. MCCABE, E. NELSON MILLS, CONSTANCE B. MOORE, MICHAEL S. ROBB, THOMAS G. WATTLES, and FRANCIS X. WENTWORTH, JR.,<br><br>  Defendants. | Case No. 3:21-cv-08761-TSH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Catherine Coffman ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | | |
|---|---|---|
| 1 | Dated: January 25, 2022 | **WEISSLAW LLP** |
| 2 | | By: <u>*/s/ Joel E. Elkins*</u> |
| 3 | | Joel E. Elkins |
| 4 | | 611 Wilshire Blvd., Suite 808 |
| | | Los Angeles, CA 90017 |
| 5 | | Telephone:  310/208-2800 |
| 6 | | Facsimile:  310/209-2348 |
| | | -and- |
| 7 | | Richard A. Acocelli |
| | | 305 Broadway, 7th Floor |
| 8 | | New York, NY  10007 |
| | | Telephone: 212/682-3025 |
| 9 | | Facsimile:  212/682-3010 |
| 10 | | *Attorneys for Plaintiff* |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL